AO 93  (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No.   22-9070 MB |
| | ) | |
| 1821 E. Covina Street, Apt. 170, Mesa, Arizona | ) ) | |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Arizona_____
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A, incorporated by reference

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B, incorporated by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before        4/6/2022
                                                                                              *(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.        ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
on duty in the District of Arizona                                          .
                              *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                                              ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:        3/23/2022@5:07pm                            *Eswillett*
                                                                                              *Judge's signature*

City and state:      Phoenix Arizona                            Eileen S. Willett, U.S. Magistrate Judge
                                                                                    *Printed name and title*

## ATTACHMENT A

### Property to Be Searched – (Subject Premises-2)

The premises and property to be searched is Apartment #170 within the Gilbert Square

Apartment complex located at 1821 E. Covina St., Mesa, Arizona, 85203. Apartment 170

is located in Building H and is on the ground level. **Subject Premises-2.**



## ATTACHMENT B

### *Property to be seized*

1. Any and all money and proceeds from bank robberies.
2. United States currency, money wrappers, and bands.
3. Notebooks, calendars, journals, documents or other items identifying or indicating the ideology, motivation, preparation, and/or planning related to bank robbery and incidental crimes or any other robberies.
4. Diaries, journals, ledgers, photographs, maps, or other personal records indicating the locations or activities of MURRIETTA and his associates leading up to the robberies and other planning activities.
5. Maps, routes, pictures, videos or photographs of or related to the offense locations, or travel related to the criminal activity.
6. Tools, methods, or instruments used to facilitate robberies as depicted in bank surveillance images and/or described by witnesses.
7. Photographs, including still photos, digital images, negatives, slides, videotapes, films, and digital video, in particular those showing MURRIETTA, criminal associates, U.S. currency, tools or instruments used in the criminal activity, real and personal property, firearms, or ammunition.
8. Documents or other items bearing the name of or identifying the victim financial institutions or businesses.
9. Indicia of occupancy, residency, rental, ownership, or use of the Subject Premises and any vehicles.
10. Firearms.
11. Ammunition.
12. Clothing worn and items used during the bank robberies, as described by witnesses and/or observed in surveillance images or video, to include:
    a. Brown paper bag
    b. Dark grey baseball hat
    c. Dark Blue t-shirt with Black Hurley Logo
    d. White undershirt
    e. Blue jeans
    f. Black/white shoes
    g. Blue surgical mask
    h. Aviator style sunglasses

1

     i.   Blue facemask with dark colored trim
     j.   Gray baseball hat with Cardinals logo
     k.   Blue shirt
     l.   Blue camo style print facemask with dark trim
     m. Dark colored zip-up hoodie
     n.   Red/orange shirt
     o.   Black jacket
     p.   Baseball style hat with white back and brown brim/front with a light colored logo or patch on the front
     q.   Dark colored zippered long sleeve jacket
     r.   White shoes with a black stripe on side
     s.   Blue colored gloves
     t.   Black shirt
     u.   Blue jeans pants

13. Robbery demand notes.
14. Cell phones, computer tablet devices, computers and electronic storage media.
15. Electronic equipment capable of accessing internet connections used for research, mapping, storage of information, communication, and photos of the victim financial institutions.
16. Cell phones, computer tablet devices, computers, and electronic storage media.
17. Any and all information/records that would tend to show that the crime of bank robbery or incidental crimes or other robberies has been committed and/or information or records that would assist in identifying individuals associated with these crimes. This includes all records, whether stored on paper or electronic/magnetic media, such as tapes, cassettes, diskettes, mobile telephones, computers, or other electronic devices, together with indicia of use, ownership, possession, or control of these records.

AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>1821 E. Covina Street, Apt. 170,<br>Mesa, Arizona | )<br>)<br>)<br>)<br>)<br>) |

Case No.    22-9070 MB

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
See Attachment A, incorporated by reference.

located in the _____ District of _____ Arizona _____ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B, incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | | Offense Description |
|---|---|---|
| Title 18 U.S.C. 2113 | Bank Robbery | |

The application is based on these facts:
See attached Affidavit, incorporated by reference.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____*Brett Day*_____
Reviewed by Brett A. Day, AUSA

_____
*Applicant's Signature*

Jacey Curry, Special Agent, FBI
*Printed name and title*

Sworn to and signed electronically.

Date:    03/23/2022    @5:07 pm

_____*EsWillett*_____
*Judge's signature*

City and state:  Phoenix, Arizona

Eileen S. Willett, United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched – (Subject Premises-2)

The premises and property to be searched is Apartment #170 within the Gilbert Square

Apartment complex located at 1821 E. Covina St., Mesa, Arizona, 85203. Apartment 170

is located in Building H and is on the ground level. **Subject Premises-2.**



**ATTACHMENT B**

*Property to be seized*

1. Any and all money and proceeds from bank robberies.
2. United States currency, money wrappers, and bands.
3. Notebooks, calendars, journals, documents or other items identifying or indicating the ideology, motivation, preparation, and/or planning related to bank robbery and incidental crimes or any other robberies.
4. Diaries, journals, ledgers, photographs, maps, or other personal records indicating the locations or activities of MURRIETTA and his associates leading up to the robberies and other planning activities.
5. Maps, routes, pictures, videos or photographs of or related to the offense locations, or travel related to the criminal activity.
6. Tools, methods, or instruments used to facilitate robberies as depicted in bank surveillance images and/or described by witnesses.
7. Photographs, including still photos, digital images, negatives, slides, videotapes, films, and digital video, in particular those showing MURRIETTA, criminal associates, U.S. currency, tools or instruments used in the criminal activity, real and personal property, firearms, or ammunition.
8. Documents or other items bearing the name of or identifying the victim financial institutions or businesses.
9. Indicia of occupancy, residency, rental, ownership, or use of the Subject Premises and any vehicles.
10. Firearms.
11. Ammunition.
12. Clothing worn and items used during the bank robberies, as described by witnesses and/or observed in surveillance images or video, to include:
    a. Brown paper bag
    b. Dark grey baseball hat
    c. Dark Blue t-shirt with Black Hurley Logo
    d. White undershirt
    e. Blue jeans
    f. Black/white shoes
    g. Blue surgical mask
    h. Aviator style sunglasses

1

  i. Blue facemask with dark colored trim
  j. Gray baseball hat with Cardinals logo
  k. Blue shirt
  l. Blue camo style print facemask with dark trim
  m. Dark colored zip-up hoodie
  n. Red/orange shirt
  o. Black jacket
  p. Baseball style hat with white back and brown brim/front with a light colored logo or patch on the front
  q. Dark colored zippered long sleeve jacket
  r. White shoes with a black stripe on side
  s. Blue colored gloves
  t. Black shirt
  u. Blue jeans pants

13. Robbery demand notes.
14. Cell phones, computer tablet devices, computers and electronic storage media.
15. Electronic equipment capable of accessing internet connections used for research, mapping, storage of information, communication, and photos of the victim financial institutions.
16. Cell phones, computer tablet devices, computers, and electronic storage media.
17. Any and all information/records that would tend to show that the crime of bank robbery or incidental crimes or other robberies has been committed and/or information or records that would assist in identifying individuals associated with these crimes. This includes all records, whether stored on paper or electronic/magnetic media, such as tapes, cassettes, diskettes, mobile telephones, computers, or other electronic devices, together with indicia of use, ownership, possession, or control of these records.

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Jacey Curry, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      Your Affiant makes this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for search warrants for information or items of evidence contained within the residences located at (1) 3139 E Old Southern Ave., Phoenix, Arizona, as described in Attachment A (hereafter, "**Subject Premises-1**"), (2) 1821 E Covina St. Apartment 170, Mesa, Arizona, as described in Attachment A (hereafter, "**Subject Premises-2**"), (3) the vehicle a 2015 Nissan Altima, four-door sedan, maroon/burgundy in color, bearing Arizona license plate number CNM1012 and vehicle identification number (VIN) ending in 255216, registered to Cirena Lopez, at 3139 E. Old Southern Ave., Phoenix, Arizona (hereafter, "**Subject Vehicle)**, as described in Attachment A.  The information or items of evidence to be searched for is described in the following paragraphs and in Attachments A and B, which represent evidence, fruits, and/or instrumentalities of the criminal violations further described below.

2.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been appointed as a Special Agent since April 2021.  I am assigned to the Violent Crime Task Force and have been since September 2021.  My duties include the investigation of crimes such as those at issue in this matter.

3.      The facts in this Affidavit come from your Affiant's own investigation, training and experience, the investigation of other agents and law enforcement officers, either directly or indirectly through their reports or affidavits, surveillance conducted by law enforcement officers, review of law enforcement databases, the acquisition and review of surveillance footage, and information obtained from witnesses.

4.      This Affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all the relevant facts known to law enforcement officers.

1

## PROBABLE CAUSE/BACKGROUND ON INVESTIGATION

1.      On November 1, 2021, investigators from the FBI Bank Robbery Task Force began investigating a string of bank robberies which have occurred in the Phoenix, Arizona metropolitan area. These robberies appeared to have been committed by the same suspect based on the suspect's physical description, modus operandi, and a similar vehicle being observed at multiple locations. To date, the suspect is believed to have committed three bank robberies.

2.      On November 1, 2021, at approximately 4:26 p.m., a male suspect entered the OneAZ Credit Union located at 2277 West Guadalupe Road, Gilbert, AZ 85233. Upon entering, the suspect walked to a teller station and presented a handwritten note to the teller. The teller could not remember all the contents of the note, but it stated, "DON'T PUSH ANY ALARMS." The suspect placed a white paper bag on the counter and pointed to it but did not speak to the teller. The teller complied and gave the suspect approximately $2000.00 in United States currency. The suspect placed the cash in the white paper bag and exited the bank, also taking the demand note with him. The suspect was observed getting into the driver seat of a maroon or burgundy colored Nissan Altima with no license plate. The vehicle exited the parking lot and was last observed heading east on Guadalupe Road.



2

3.      The suspect was described by the victim teller and surveillance videos as a Native or Hispanic male, approximately 35-45 years of age, approx. 5'7" to 5'8" in height, and weighing 155-175 lbs.  He was wearing a dark grey baseball hat with a black Hurley logo, dark blue t-shirt, white under shirt, blue jeans, black/white shoes, blue surgical mask, and aviator-style sunglasses.



4.      On November 30, 2021, at approximately 10:40 a.m., a male suspect entered the First Bank, located at 2025 North Alma School Road, Chandler, AZ 85224.  Upon entering the bank, the suspect pressed a demand note onto the plexi-glass stating it was a robbery and to give him all the money and no one would get hurt.  The teller placed money inside the brown paper bag given to her by the suspect.  The suspect took the money and fled the area in a maroon-colored Nissan Altima.

5.      On December 9, 2021, FBI Violent Crimes Task Force received surveillance footage from a Chandler Police detective for First Bank showing the Subject Vehicle leaving the vicinity.



6.      The subject was described by the victim teller and surveillance videos as a Hispanic or Indian male, late 30's, 5'7" to 5'8" in height, weighing 180-190 lbs, heavy build, with brown hair, brown eyes, clean hands with clear tape on his fingertips, and he wobbled while walking.  He was wearing a blue facemask, and a baseball hat.  The vehicle was described as a Nissan sedan, maroon in color, similar in style and appearance to Nissan Altima year models 2015-2019.



7.  On December 28, 2021, at approximately 11:04 a.m., a male suspect entered the Alaska USA Federal Credit Union located at 4330 E. Juanita Avenue, Mesa, AZ.  The subject entered the bank through the front door and approached Victim Teller #1 (hereafter, "VT1").  The subject showed VT1 a note that directed VT1 to place money in a brown

4

paper bag, which was produced by the subject. VT1 placed 5-$100 bait bills in the bag and returned it to the subject. VT1 recalled the note stating, "This is a robbery, put the money in the bag." VT1 noticed other words on the note but could not read them. VT1 added that the brown bag was stapled together, requiring VT1 to pry it open. VT1 also noticed a piece of tape that fell off the brown bag and attached itself to her teller window.

8.     The subject immediately walked to the next teller-station and showed Victim Teller #2 (hereafter, "VT2") the same note and handed her the same brown lunch bag. VT2 recalled the note stating, "This is a robbery, put the money in the bag, try not to make a scene." VT2 placed 5-$100 bait bills and 2-$2 bills in the bag and returned it to the subject. The subject exited the bank through the front door and walked to a vehicle parked in the bank's parking lot. VT1 ran to the window and observed the subject entering the driver seat of a Nissan Altima. VT1 said the front window was not tinted and she did not notice a person in the passenger front seat. VT1 took pictures of the vehicle as it drove away from the parking lot. The vehicle did not have a license plate and was missing the silver molding over the rear passenger door.



9.     The subject was described by the victim tellers and surveillance videos as a "tan" or "brown" male, in his 30s, 5'7" to 5'8" in height, and weighing 200 lbs.



10.     Mesa Police Department personnel processed the crime scene for fingerprints and DNA.   Several latent prints were found and collected as evidence. Additionally, a piece of tape was located which the victim teller indicated had come off the brown paper bag the suspect was using.   This was also collected and impounded as evidence.

11.     The FBI Violent Crimes Task force provided surveillance images to the Tempe Police department to assist with searching for the vehicle.   The Tempe Police Department obtained images from a static license plate reader after searching the make and model of the vehicle.   A Tempe Police Department patrol officer reviewed each capture, and found an image matching the vehicle description, with missing silver molding above the rear passenger door. The image showed that vehicle bearing Arizona license plate CNM1012 ("**Subject Vehicle**").

12.     The **Subject Vehicle** is registered to Cirena Lopez (hereafter, "LOPEZ"), at 3139 E. Old Southern Avenue, Phoenix, Arizona (**Subject Premises-1**). LOPEZ's ex-husband is Andres **MURRIETTA**. On December 29, 2021, your Affiant obtained Arizona Driver License information and current and historical driver license photos of **MURRIETTA**. The most recent driver license photo of **MURRIETTA** was taken on July 19, 2019. The driver license photo and the physical description of **MURRIETTA** appears to match the suspect in age, height, weight, and physical appearance.



13.     On December 30, 2021, the Court issued, under seal, a federal warrant authorizing the installation of a vehicle tracker on the **Subject Vehicle**, warrant No. 21-9327 MB.

14.     On January 3, 2022, investigators from the FBI Violent Crimes Task Force conducted surveillance at three addresses found in public records searches for Andres **MURRIETTA**. The **Subject Vehicle** was located at 3139 E. Old Southern Avenue, Phoenix, AZ, the residence of LOPEZ.  On that day, law enforcement placed the tracking device on the **Subject Vehicle**.

15.     On January 4, 2022, checks of public information databases were conducted on **MURRIETTA** and revealed two telephone numbers, 480-330-9104 and 480-577-2629, as being associated with **MURRIETTA**.

16.     On January 11, 2022, the Court issued, under seal, a federal warrant authorizing the tracking of telephone number 480-577-2629, warrant 22-5010 MB, and a pen register/trap and trace Order was issued 22-5011MB.

17.     On January 12, 2022, a check of public information databases was conducted for information associated with **MURIETTA**.  Results identified email addresses murrietta8@yahoo.com and murrietta8@hotmail.com as being associated with **MURRIETTA** and his known social security number, date of birth, and an address at which he had been observed visiting.

7

18.     During this investigation, law enforcement has conducted surveillance of MURRIETTA.  **MURRIETTA** has been observed as regularly using and driving the **Subject Vehicle** as the sole occupant.  The following are a few examples.

   a. On January 12, 2022, **MURRIETTA** was observed by law enforcement as the sole occupant of the Nissan Altima, leaving the residence on 3139 E Old Southern Ave., Phoenix, AZ, to pick up children from the Crimson Elementary School in Mesa, AZ.

   b. On January 24, 2022, **MURRIETTA** was observed by law enforcement as the sole occupant of the Nissan Altima driving to multiple Walmart stores located in Mesa, Phoenix, and Tempe.

   c. On January 26, 2022, **MURRIETTA** was observed by law enforcement driving up to a Bank of America located at 1961 W. Baseline Rd., Mesa, AZ. **MURRIETTA** pulled into the drive through lane for the ATM on the east side of the bank, and left after not making a transaction.

19.     On February 14, 2022, the vehicle tracking and cellular telephone data showed the vehicle and phone driven from **Subject Premises-1**, to 4325 W Bell Rd, Glendale, Arizona. Law enforcement officers initiated surveillance and observed **MURRIETTA** driving the **Subject Vehicle**. Located at this area is a Fry's Fuel Station located next to and sharing a parking lot with a Bank of America. **MURRIETTA** did not stop to fill up with gasoline at that fuel station. **MURRIETTA** drove through the gas station pumps, past the Bank of America branch, and directly returned to 3139 E. Old Southern Avenue, Phoenix, AZ.

20.     It is noted that this location, 4325 W Bell Rd, Glendale, AZ, is approximately 24 miles north of his residence.  Based on law enforcement observations, vehicle tracking data, and cellular data, this area is outside of **MURRIETTA**'s normal activity. The majority of **MURRIETTA**'s activity has occurred in Southeast Phoenix,

Mesa, and the East Valley. Based on your affiant's training and experience and in consultation with other investigators, your affiant knows that criminals, including robbers, will often conduct casing or scoping activity of potential target locations to include travel routes to and from the target location. This is often referred to as casing activity. Based on the facts above, your affiant finds it reasonable to believe that **MURRIETTA**'s activity is consistent with casing activity of a potential bank robbery target location.

21.     On February 11, 2022, the Court issued, under seal, a federal warrant authorizing the extension of the vehicle tracker on the **Subject Vehicle** that was initially installed on January 3, 2022, warrant number, 21-9327 MB.

22.     On February 24, 2022, the Court issued, under seal, a federal warrant authorizing the extension of tracking of telephone number 480-577-2629, warrant 22-5010MB.

23.     On February 28, 2022, law enforcement officers observed **MURRIETTA** exit a Double Tree hotel and take what appeared to investigators to be a ride-share vehicle, such as a Lyft, to **Subject Premises-1**. Moments after he arrived at the address, he left driving the **Subject Vehicle**. He drove to an Alaska Federal Credit Union located at 6020 S. 35th Ave, Phoenix, AZ and pulled into the drive through on the south side of the bank without making a transaction. From there, he drove to a PNC Bank located at 6002 S. Central Ave., Phoenix, AZ where he drove around the bank and parked on the east side of the bank. **MURRIETTA** then exited the Subject Vehicle, entered the bank lobby, and came back out less than one minute later. No transaction was made, and **MURRIETTA** returned to the Double Tree hotel.

24.     On March 1, 2022, law enforcement verified **MURRIETTA** checked out of the Double Tree hotel due to an inability to pay for the room. He later took what

investigators believe to be a ride-share vehicle, such as a Lyft, to his sister's residence at 1821 E Covina St., Mesa, Arizona (**Subject Premises-2**).

25.     On March 7, 2022, cellular telephone data and vehicle tracking data show **MURRIETTA** using the Nissan Altima to run errands around town, and return to **Subject Premises-1**. Shortly thereafter, **MURRIETTA** was observed by law enforcement officers taking what appeared to be a ride-share vehicle, such as a Lyft, to the **Subject Premises-2**. Cellular telephone data between March 1 and March 14, 2022 show **MURRIETTA** likely remained at the **Subject Premises-2** address overnight.

26.     On March 23, 2022, at approximately 10:17 a.m. a bank robbery occurred at the Sun West Credit Union at 1253 S. Gilbert Rd., Mesa, AZ. The suspect entered the bank and approached the teller counters. The victim teller asked the subject multiple times if she could help him, but he didn't look at her. The suspect turned sideways and then walked over toward the victim teller and mumbled, "I don't want anyone to get hurt." The subject passed a robbery demand not which said something to the effect of, "You're getting robbed right now, give me all your money, I don't want anyone getting hurt." The suspect took the note back and put it in his pocket. The victim teller complied and took money out of the drawer. The suspect handed her a brown paper bag which was ripped and wrinkled, underneath the teller window. The victim teller then put approximately $3,551.00 in the brown paper bag. The subject put the bag in his pocket and fled the bank.

27.     The suspect was described by the witnesses and bank video as having dark eyes, dark eyebrows, black hair that came out of a black hat, a black coat with pockets, blue latex gloves, blue mask, and blue pants.



28.     Based on the subject's description and the actions taken by the robber during the robbery at the Sun West Credit union, investigators believe the suspect was **MURRIETTA**.

29.     Investigators reviewed the vehicle tracking data for the **Subject Vehicle**. The **Subject Vehicle** tracking data showed at approximately 10:14 a.m. the vehicle was located in the area of the parking lot of the Sun West Credit Union at 1253 S. Gilbert Rd., Mesa, Arizona. The tracking data showed the Subject Vehicle briefly stopped near the intersection of E Southern Ave. and S Val Vista Dr.  The Subject Vehicle then continued until arriving at the parking lot at the Walmart at 24th Street and Baseline Rd. in Phoenix, AZ at approximately 10:45a.m.  At this time, law enforcement established visual surveillance of the Subject Vehicle. Law enforcement observed **MURRIETTA** place items into a donation bin in that parking lot.  Law enforcement is able to observe in the donation bin what appears to be the hat and black jacket worn by **MURRIETTA** during the bank robbery.

30.     At approximately 10:59 a.m., following the bank robbery, the **Subject Vehicle** arrived at **Subject Premises-1**. The vehicle remained at the residence for approximately 12 minutes before departing.

31.     **MURRIETTA** departed the residence in the **Subject Vehicle** at approximately 11:12 a.m. Law enforcement continued surveillance. **MURRIETTA** arrived at an oil change business located near 2816 South Country Club Dr., Mesa, AZ. At 11:45 a.m. MURRIETTA was taken into custody by the FBI Violent Crimes Task Force without incident. After being arrested, investigators asked **MURRIETTA** where he lived. He responded that he was staying at **Subject Premises-2**. **MURRIETTA** stated he was staying at the residence alone and he was going to be evicted the next day.

32.     Investigators reviewed the cellular tracking data for **MURRIETTA**'s phone number, 480-577-2629, which revealed the following: through the night of March 22 into March 23, the cellular telephone was located at the **Subject Premises-2**. At approximately 9:47 a.m., the phone location geolocated at **Subject Premises-1**. Investigators noted the subsequent three pings failed to locate the cellular telephone. Based on your affiants training and experience, I know this is indicative of a cellular telephone being located in an area of no service or being turned off. The next successful location ping occurred at approximately 10:47 which placed the phone in the Walmart parking lot at and 24th Street, and E. Baseline Rd., Phoenix, AZ. Subsequent location data was consistent with law enforcement observations of **MURRIETTA** and the **Subject Vehicle**.

33.     Investigators contacted and interviewed **MURRIETTA**'s ex-wife, Cirena LOPEZ at **Subject Premises-1** after **MURRIETTA** was observed at the residence following the bank robbery. LOPEZ stated that **MURRIETTA** gave her $600 while he was at **Subject Premises-1**.

34.     The United States currency stolen during the below referenced robberies was federally insured by the Federal Deposit Insurance Corporation ("FDIC') or the National Credit Union Administration (NCUA).

35.     Based on my training and experience, and in consultation with other experienced investigators, your Affiant is aware that individuals involved in criminal activity, to include robberies, often maintain at their residences, vehicles, and on their property, tools and other implements they used during or in furtherance of the commission of the crime. Individuals involved in robberies will also maintain notes or other documents containing the names and contacts of their associates. These individuals will also maintain notes or other documents related to the planning, preparation and execution of the crime or related to the victim. I also know that sometimes robbers retain items used to facilitate the robberies as well as items taken during the robberies. Sometimes, in addition to money, robbers also take receipts, other documents and items bearing the name of the commercial business. I also know that individuals tend to retain their clothing, including the items worn in the robberies, for extended periods of time.  Robbers often store proceeds, instrumentalities, fruits, and evidence of their crimes in their homes and/or vehicles. Sometimes robbers take pictures or videos of themselves, their fellow conspirators, clothing or instruments used in the commission of crimes, as well as money or property obtained during the course of the robberies and post those pictures or videos on social media websites. I also know that criminals, to include robbers, will use various means of communication, to include telephonic and/or other electronic means, to communicate with fellow conspirators and share information, including the use of messenger service applications on their cell phones. These communications may take place at various stages of the commission of the crime, i.e, the planning of, execution of, or after the crime.

36.     Based on the fact that law enforcement has observed MURRIETTA using the 3139 E. Old Southern Avenue, Phoenix, AZ residence; the fact that the phone tracking data has supported that MURRIETTA was staying at the 3139 E. Old Southern Avenue

residence; the fact that even after February 25th when law enforcement has observed MURRIETTA either staying at a hotel or the 1821 E Covina Street location, MURRIETTA has continued to return to 3139 E. Old Southern Avenue on multiple occasions, to include use of the Nissan Altima; the fact that on March 23, 2022, MURRIETTA's cellular telephone location pinged at the 3139 E. Old Southern Avenue residence before and after the robbery; the fact that the tracking data showed the Subject Vehicle departed 3139 E. Old Southern Avenue residence, was near the bank at the time of the robbery and then returned to the 3139 E. Old Southern Avenue residence; the fact that after the robbery MURRIETTA gave $600 to LOPEZ while at the residence, your Affiant finds it reasonable to believe that MURRIETTA continues to have access and use to the 3139 E Old Southern Avenue residence, and as such evidence, instrumentalities and/or fruits of the bank robbery crimes will be present.

37.     Based on the fact that prior to January 7, 2022 law enforcement had observed MURRIETTA at the 1821 E Covina Street location; that fact that since on or about January 7, 2022 phone tracking data has indicated that MURRIETTA has overnighted at the 1821 E Covina Street location; the fact that law enforcement has observed MURRIETTA accessing 1821 E Covina Street Apartment 170, Mesa, AZ on multiple occasions; the fact that after his arrest, MURRIETTA stated he was residing at the1821 E Covina Street apartments, your Affiant finds it reasonable to believe that MURRIETTA uses and is currently residing at 1821 E Covina Street, Apartment 170, Mesa, AZ, and as such evidence, instrumentalities and/or fruits of the bank robbery crimes will be present.

38.     Based on the fact that the Subject Vehicle was observed at the first three robberies, the fact that the vehicle tracking data shows the Subject Vehicle at the bank robbery on March 23, 2022 at the Sun West Credit Union, the fact that MURRIETTA was

arrested with the vehicle, your affiant has reason to believe that searching the vehicle will result in finding evidence, instrumentalities and/or fruits of the bank robbery crimes

## AUTHORIZATION REQUEST

39.     Based on the foregoing, your Affiant submits there is probable cause and reason to believe the items in Attachments B, which constitute evidence, fruits, and/or instrumentalities of violations of Title 18, United States Code (U.S.C.), Section 2113 (Bank Robbery and Incidental Crimes) are likely to be found at **Subject Premises-1, Subject Premises-2,** and in **Subject Vehicle**, which is further described in Attachment A.

40.     Based on the foregoing, your Affiant requests that the Court issue the proposed search warrant.


Respectfully submitted,


Jacey Curry
Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me telephonically on March 23, 2022.


HONORABLE EILEEN S. WILLETT
UNITED STATES MAGISTRATE JUDGE


15